**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CASE No.: 6:23-cv-01874-WWB-RMN

TAVIA WAGNER,

      Plaintiff,

vs.

JAADE MILK, LLC, et al.,

      Defendants.

_____/

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff TAVIA WAGNER, by and through her undersigned counsel, hereby files this Notice of Settlement, to advise the Court that Plaintiff has reached settlement of the claims in the above-styled action solely as to Defendants, JAADE MILK, LLC, and SMOKE & DONUTS, LLC, d/b/a SMOKE & DONUTS. The Parties are in the process of finalizing formal settlement.

Respectfully submitted this 2nd day of April 2024.

   By: /s/Joe M. Quick, Esq._____
     Joe M. Quick, Esq.
     Florida Bar No.: 0883794
     Law Office of Joe Quick, P.A.
     *Counsel for Plaintiff*
     1224 S. Peninsula Drive #619
     Daytona Beach, Florida 32118
     Tel: (386) 212-3591
     E-mail:JMQuickesq@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 2nd day of April 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  I also certify that the aforementioned document is being served on all counsel of record, corporation, or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By: /s/Joe M. Quick, Esq.

     Joe M. Quick, Esq.
     Florida Bar No.: 0883794
     Attorney for Plaintiff
     Law Office of Joe Quick, P.A.
     1224 S. Peninsula Drive #619
     Daytona Beach, Florida 32118
     Tel: (386) 212-3591
     E-mail: JMQuickesq@gmail.com