**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAVIA WAGNER,

        Plaintiff,

v.                                                 Case No.: 6:23-cv-1874-WWB-RMN

JAADE MILK LLC and SMOKE &
DONUTS LLC,

        Defendants.

## ORDER

The Court has been advised by Plaintiff's Notice of Settlement that the above-styled action has been completely settled.  (Doc. 14 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on April 10, 2024.

                                                                   WENDY W. BERGER
                                                              UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record